IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-180 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| TOBIN K. TERUYA, | ) | Court Date: May 13, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7141365)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 1, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TOBIN K. TERUYA, did unlawfully operate a motor vehicle while having a blood alcohol concentration of 0.08 grams per 210 liters of breath.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(i), 1950, as amended)

(COUNT II – Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 1, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TOBIN K. TERUYA, did unlawfully operate a motor vehicle while under the influence of alcohol.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(ii), 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 15 day of April 2019 to the defendant's home of record.

By: _____
Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov